JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA REJUSO, | Case No.: CV 17-4647 DSF (KSx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

The Court having granted Defendants' motion to compel arbitration and having ordered that the case be dismissed,

IT IS ORDERED AND ADJUDGED that the plaintiff takes nothing, that the action be dismissed, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/18/17

_____
Dale S. Fischer
United States District Judge